## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 23-CV-61152 JEM

Plaintiff:
**GERALD ANTHONY SERINO JR.,**

vs.

Defendant:
**IHEALTH PLANS LLC., ET AL.,**



POP2023057211

For:
Elliot Kozolchyk, Esq.
KOZ LAW PA
800 East Cypress Creek Road
Suite 421
Ft. Lauderdale, FL 33324

Received by Priority One Process Service, Inc. on the 15th day of June, 2023 at 11:00 am to be served on **JONATHAN BRYAN BITTON, 4124 NW 1 STREET, DEERFIELD BEACH, FL 33442**.

I, FELIX ONATE, being duly sworn, depose and say that on the **21st day of June, 2023** at **7:13 pm, I:**

**SUBSTITUTE SERVED** by delivering a true copy of the <u>Summons in a Civil Action & Complaint with Exhibits</u> with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode at the address of **4124 NW 1 STREET, DEERFIELD BEACH, FL 33442** to a person residing therein who is 15 years of age or older as CO-RESIDENT to wit **GLADYS BITTON (SPOUSE).** The server informed said person of the contents therein in compliance with State statutes.

I certify that I am over the age of 18, have no interest in the above action, am a Sheriff's Appointed Process Server in the Seventeenth Judicial Circuit in good standing in the county in which the process was served. "Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true."

Sworn to (or affirmed) and subscribed before me on the
23rd day of June, 2023 by means of physical presence,
by the affiant who is personally known to me

_____
NOTARY PUBLIC
STATE OF FLORIDA

DENISE ABAD
Notary Public - State of Florida
Commission # HH 262522
My Comm. Expires May 9, 2026
Bonded through National Notary Assn.

_____
**FELIX ONATE**
S.P.S. 473

**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**(305) 669-1518**

Our Job Serial Number: POP-2023057211
Ref: SERINO VS IHEALTH

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**CASE NO.**   0:23-cv-61152-JEM

GERALD ANTHONY SERINO, JR.,

       Plaintiff,

v.

IHEALTH PLANS LLC,
JONATHAN BRYAN BITTON, and
ADAM CHARLES SCHEMAN,

       Defendants.

_____/

RCVD: 6/15/23 @ 1100 am
SERVED: Gladys Bitton
TYPE: Subs
DATE: 6/21/23 @ 713 pm
FO # 473

### SUMMONS IN A CIVIL ACTION

To:      Defendant:      Jonathan Bryan Bitton
                              4124 Nw 1st St
                              Deerfield Beach, Florida 33442

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:  (786) 924-9929
Fax:  (786) 358-6071
Email: ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____Jun 15, 2023_____



**SUMMONS**

s/ Nadhege Augustin

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

S 7211